UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-22-12
```

```
--------------------------------------- X
IN RE:                                  :
FOSAMAX PRODUCTS LIABILITY LITIGATION   :        Master File No.
--------------------------------------- :        06 MD 1789 (JFK)
This document relates to:               :
Boles v. Merck & Co., Inc.,             :             ORDER
     No. 06 Civ. 9455 (JFK)             :
--------------------------------------- X
```

JOHN F. KEENAN, United States District Judge:

In the telephone conference held earlier today, the Court neglected to inform the parties that requests to charge are to be submitted, together with the voir dire requests, by noon on September 13, 2012.  The parties are so advised.

SO ORDERED.

Dated:      New York, New York
            August 22, 2012

                                        _____
                                           JOHN F. KEENAN
                                        United States District Judge